# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

Date of Arrest: December 27, 2018

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>Vs.<br><br>Jose Rodrigo FELIX-Quiroz,<br>Defendant.<br><br>YOB: 1982<br>Border Crosser/Citizen of Mexico | Magistrate's Case No. 18-2016 MJ<br><br>COMPLAINT FOR VIOLATION OF<br>18 U.S.C. § 922(g),(5)(B)<br>Possession of a Ammunition by an<br>Illegal Alien (Felony)<br>Count One |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

COUNT ONE

On December 27, 2018, at or near Yuma, AZ, in the District of Arizona, Jose Rodrigo FELIX-Quiroz, being an alien and admitted to the United States under a nonimmigrant visa, did knowingly and intentionally possess ammunition; said ammunition being in and affecting commerce in that it had previously been shipped and transported in interstate and foreign commerce; in violation of Title 18, United States Code, Sections 922(g)(5)(B).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Authorized by: AUSA Sean Lokey

_/s/ Kai Safsten_
Kai Safsten
Special Agent – Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and subscribed in my presence, December 28, 2018 at Yuma, Arizona.

_/s/ James F. Metcalf_
James F. Metcalf
United States Magistrate Judge

UNITED STATES OF AMERICA
Vs.

Jose Rodrigo FELIX-Quiroz

**STATEMENT OF FACTS**

I, Special Agent Kai Safsten, being duly sworn do state the following:

On December 27, 2018, ATF Agents observed Jose Rodrigo FELIX-Quiroz' vehicle, a Silver Chevrolet Impala bearing Mexico license plate AHS-9958-A, in the parking lot at Sprague's Sports, a Federal Firearms Licensee (FFL) located at 345 West 32nd Street, Yuma, AZ. After a period of time, FELIX QUIROZ was observed walking out of Sprague's Sports and was carrying several boxes of ammunition. FELIX-Quiroz was observed placing the boxes of ammunition in the back seat of his vehicle.

FELIX-Quiroz was then surveilled for a period of time. FELIX-Quiroz pulled into the Sportsman's Warehouse parking lot, a FFL located at 1038 South Castle Dome Avenue, Yuma, AZ. FELIX-Quiroz was observed inside the store purchasing ammunition. FELIX-Quiroz then returned to his vehicle with two (2) bags containing ammunition, placed them in the trunk of his vehicle, and left the parking lot.

A traffic stop was conducted by Yuma Police Department for a stop sign violation and two (2) turn signal violations. During the traffic stop, it was learned that FELIX-Quiroz had no United States Driver License and is a Mexican citizen. Police Officers were able to see boxes of ammunition in plain sight on the back seat of FELIX-Quiroz' vehicle. FELIX-Quiroz provided consent to search his vehicle and more ammunition was found in the trunk. Receipts for the ammunition were also found inside the vehicle. FELIX-Quiroz possessed approximately 2000 rounds of assorted caliber ammunition and receipts showed FELIX-Quiroz had spent approximately $884.43 on ammunition.

ATF Agents arrived on scene and conducted an interview of FELIX-Quiroz in regards to large amount of ammunition in his possession. During a post-

Miranda interview, FELIX-Quiroz provided a non-immigrant visa card as identification. FELIX-Quiroz stated he resided in Mexicali, Mexico at the address listed on his non-immigrant visa card. FELIX-Quiroz stated he purchased the ammunition because he was going to go shooting with his cousin. FELIX-Quiroz admitted to taking ammunition to Mexico for his own personal use three (3) to four (4) times previously. FELIX-Quiroz stated he owns a .22 caliber Ruger pistol, which is in Mexico.

Homeland Security Investigations (HSI) conducted a record check for FELIX-Quiroz and confirmed that FELIX-Quiroz had made entry into the United States utilizing a Border Crossing Card, which denoted FELIX-Quiroz possesses a B1/B2 non-immigrant visa.

Kai Safsten
Special Agent - Bureau of Alcohol,
Tobacco, Firearms and Explosives

Sworn to before me and subscribed in my presence, December 28, 2018, at Yuma, Arizona.

James F. Metcalf
United States Magistrate Judge