FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 22 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Jose Rodrigo Felix-Quiroz,<br><br>　　　　Defendant. | CR-19-00089-PHX-JJT (BSB)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 922(g)(5)(B) and 924(a)(2)<br>(Possession of Ammunition by Nonimmigrant Alien)<br>Count 1<br><br>18 U.S.C. §§ 924(d) and 981,<br>21 U.S.C. § 853, and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

THE GRAND JURY CHARGES:

## COUNT 1

On or about December 27, 2018, in the District of Arizona, the defendant, JOSE RODRIGO FELIX-QUIROZ, then being an alien admitted to the United States under a nonimmigrant visa, did knowingly possess in and affecting interstate commerce ammunition, that is: Winchester 7.62 x 51 mm ammunition; Aguila 7.62 x 51 mm ammunition; Federal 7.62 x 51 mm ammunition; American Eagle 7.62 x 51 mm ammunition; American Eagle 5.56 mm ammunition; American Eagle .223 caliber ammunition; Sellier & Bellot .45 caliber ammunition; Magtech .40 caliber ammunition; Remington 9 mm Luger ammunition; Magtech 9 mm Luger ammunition; Aguila 9 mm Luger ammunition; and Fiocchi .38 Superauto caliber ammunition.

In violation of Title 18, United States Code, Sections 922(g)(5)(B) and 924(a)(2).

**<u>FORFEITURE ALLEGATION</u>**

The Grand Jury realleges and incorporates the allegations of Count 1 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18 United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of the offense alleged in Count 1 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following involved and used in the offense:

- 500 rounds of Winchester 7.62 x 51 mm ammunition;
- 140 rounds of Aguila 7.62 x 51 mm ammunition;
- 180 rounds of Federal 7.62 x 51 mm ammunition;
- 120 rounds of American Eagle 7.62 x 51 mm ammunition;
- 180 rounds of American Eagle 5.56 mm ammunition;
- 140 rounds of American Eagle .223 caliber ammunition;
- 50 rounds of Sellier & Bellot .45 caliber ammunition;
- 250 rounds of Magtech .40 caliber ammunition;
- 50 round of Remington brand 9 mm Luger ammunition;
- 100 rounds of Magtech brand 9mm Luger ammunition;
- 50 rounds Aguila brand 9mm Luger ammunition; and
- 200 rounds of Fiocchi .38 Superauto caliber ammunition.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: January 22, 2019

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/S/
CAITLIN NOEL
Assistant U.S. Attorney